<span style="color:red">FILE COPY</span>



# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00478-CR

**EX PARTE** Jose Manuel **ZAPATA SUAZO**

From the County Court, Kinney County, Texas
Trial Court No. 10430CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

    Pending before the court is Appellant's request to file supplemental briefing. We hereby **grant** Appellant's request and accept Appellant's supplemental brief as filed. We also note that the State has filed a response to Appellant's supplement, and we accept it as filed.

    It is so **ORDERED** on January 24, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT